

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00346-CV

### IN THE ESTATE OF JOHN WILLIAM SHANLEY, DECEASED

From the County Court At Law No 1, Guadalupe County, Texas
Trial Court No. 2025-PC-0089
Honorable William (Bill) G. Squires III, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED July 16, 2025.

_____
Lori Massey Brissette, Justice